564 A.2d 161

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Henry James STEIN.**

Supreme Court of Pennsylvania.

Argued Sept. 29, 1989.

Decided Oct. 6, 1989.

John C. Pettit, Dist. Atty., Michael J. Fagella, John F. DiSalle, Asst. Dist. Attys., Washington, for appellant.

Samuel S. Pangburn, Jerome DeRiso, Pittsburgh, for appellee.

Henry James Stein, Washington, in pro per.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURÍAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.